UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHANE DIXON                                                                                         PLAINTIFF

v.                                              CASE NO. 4:07-CV-00084 GTE

ARKANSAS SURGICAL HOSPITAL, LLC                                                 DEFENDANT

## JUDGMENT

Upon the basis of the Order granting Defendant's Motion for Summary Judgment, Plaintiff's Complaint must be dismissed with prejudice and Defendant's Counterclaim dismissed without prejudice.

Accordingly,

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant and against Plaintiff.

IT IS FURTHER ORDERED that Plaintiff's Complaint be, and it is hereby, dismissed with prejudice.

IT IS FURTHER ORDERED that Defendant's Counterclaim be, and it is hereby, dismissed without prejudice.

Dated this 25th day of March, 2008.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE